UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MOHAMMAD MINHAJ KHOKHAR,<br><br>    Plaintiff,<br><br>    v.<br><br>AMJAD YOUSUF, et al.,<br><br>    Defendants. | Case No. 15-cv-06043-LB<br><br>**ORDER** |

The court understands that the plaintiff filed a motion initially seeking default judgment, *see* ECF No. 14, but that the motion was subsequently amended to seek only the entry of default against the defendants, *see* ECF No. 18-1. Now that the clerk has entered default, the plaintiff must renew his motion for default judgment. (*See* ECF Nos. 18, 18-1).

This is the ordinary process for a plaintiff seeking default judgment: first, the plaintiff must move for the entry of default against the defendant; second, the clerk must enter default; third, the plaintiff must move for default judgment either by the clerk or by the court. *See* Fed. R. Civ. P. 55(a), (b). The clerk entered default in this case. (*See* ECF No. 18.) The next step is for the plaintiff to file a new motion for default judgment.

To allow sufficient time for this process, the court vacates the case-management conference now set for July 28 and resets it for October 13 at 9:30 a.m. The plaintiff may notice his default-judgment motion for an earlier date.

ORDER (No. 15-cv-06043-LB)

1   **IT IS SO ORDERED.**

2   Dated: July 25, 2016

3   _____
4   LAUREL BEELER
    United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28