UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMMAD MINHAJ KHOKHAR,

    Plaintiff,

v.

GOVERNMENT OF PAKISTAN THROUGH ITS MINISTRIES, et al.,

    Defendants.

Case No. 17-cv-01769-HRL

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Beeler for consideration of whether the case is related to 15-cv-06043-LB, *Khokhar v. Yousuf et al*.

**IT IS SO ORDERED.**

Dated: 5/11/2017

HOWARD R. LLOYD
United States Magistrate Judge